# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| SANDRA B. TOODLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 05-0931-CV-W-FJG |
| GEORGE BUSH, et al., | ) |
| Defendants. | ) |

# ORDER

Currently pending before the Court is plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. # 1) and plaintiff's Motion to Appoint Counsel (Doc. # 3). On December 22, 2005, the Court issued an Order which required plaintiff to file a response and to provide the Court with an Amended Complaint which sets forth in greater detail the particulars of the alleged incidents, which defendants were involved, when the events were alleged to have occurred and why she thinks the case should be filed in the Western District of Missouri. Plaintiff was to file her response on or before January 20, 2006. Plaintiff was to attach her amended Complaint to the response she filed with the Court. Plaintiff has not responded to the Order by the date indicated nor has she filed a Motion for Extension of Time to do so. Accordingly, the Court hereby **DISMISSES** plaintiff's Complaint without prejudice for failure to comply with the Court's Order.

Date: January 27, 2006  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge